LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
   1420 E. Cooley Dr., Suite 100
   Colton, California 92324
   Telephone: (909) 796-4560
   Facsimile: (909) 796-3402
   E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

DANIEL SANDOVAL,

   Plaintiff,

v.

NANCY A. BERRYHILL, Acting Commissioner of Social Security,

   Defendant.

No. EDCV 18-01504 KES

[~~PROPOSED~~] ORDER AWARDING EAJA FEES

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of THREE THOUSAND DOLLARS AND 00/100 ($3,000.00) subject to the terms of the stipulation.

DATE: May 22, 2019

*/s/ Karen E. Scott*

HON. KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE

-1-